# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00490-CV

## In re Randall Hickman

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on December 23, 2025, is denied. Relator's Emergency Motion for Temporary Relief, filed on December 23, 2025, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: January 15, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Motion dismissed
OT06

